IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHARLES MCDOWELL,

Plaintiff,

v.

THE KANSAS CITY SOUTHERN
RAILWAY COMPANY,

Defendants.                                  No. 11-cv-1102-DRH-DGW

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

Pending now before this Court is the stipulation between plaintiff and defendant seeking dismissal of the action with prejudice. This Court acknowledges plaintiff's notice and dismisses the complaint with prejudice and without costs taxed to either party. Further, the Court directs the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 19th day of February, 2013.

Digitally signed by
David R. Herndon
Date: 2013.02.19
12:35:44 -06'00'

Chief Judge
United States District Court