UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**CHARLES MCDOWELL**,

    **Plaintiff,**

v.

**THE KANSAS CITY SOUTHERN
RAILWAY COMPANY,**

    **Defendant.**                     No. 11-cv-1102-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order dismissing case entered on February 19, 2013, 2013, this case is **DISMISSED** with prejudice.

                                  NANCY J. ROSENSTENGEL,
                                  **CLERK OF COURT**

                                BY:    /s/*Sara Jennings*
                                        **Deputy Clerk**

Dated:  February 19, 2013

Digitally signed by David R. Herndon
Date: 2013.02.19 14:40:22 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT